**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

A.N., et al.,

Plaintiff(s),

v.

Clark County School District, et al.,

Defendant(s).

Case No. 2:26-cv-02879-JAD-NJK

**Order**

[Docket No. 3]

Pending before the Court is Plaintiffs' motion to proceed using their initials only. Docket No. 3. Defendants have not yet appeared in the case, so it is unclear whether they will oppose this request.[1] This case involves allegations of sexual misconduct against a minor child. *See* Docket No. 1. A motion is not required for the minor Plaintiff to proceed using initials. *See, e.g.*, Local Rule IC 6-1(a)(2). With respect to the Plaintiff parent, considering the pertinent standards and case law, *e.g.*, *Doe v. Kamehameha Sch./Bernice Pauahi Bishop Estate*, 596 F.3d 1036, 1042 (9th Cir. 2010), the Court will conditionally grant the motion to proceed using only initials, *see, e.g.*, *Doe v. Carnival Corp.*, 470 F. Supp. 3d 1317, 1320 n.1 (S.D. Fla. 2020) (addressing need to protect identity of parent litigant bringing suit based on allegations of sexual abuse of a child). Accordingly, the motion to proceed using initials is conditionally **GRANTED**.

IT IS SO ORDERED.

Dated: September 25, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] Plaintiffs' counsel docketed this motion as being unopposed, *see* Docket No. 3 (docket text), but the Court finds no supporting representations for that assertion within the motion itself. The ruling rendered herein is conditional because it is without prejudice to Defendants challenging the Plaintiff parent's use of initials once Defendants have appeared in the case.